## MEMORANDUM ENDORSEMENT



Epstein Drangel LLP

60 East 42nd Street, Suite 2520, New York, NY 10165

T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

The extension is granted. The Court notes, however, that it authorized only the filing of a memorandum of law addressed to the current record. No information dehors the record may be included in the memorandum of law. That being said, the Court will not prevent the plaintiff from making an application to make new factual claims as to jurisdiction. If it does so, the plaintiff must address the legal question of why the Court would be permitted to consider new factual allegations as to jurisdiction that were not made in the operative complaint.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 20, 2020

October 20, 2020

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Off-White LLC v. 6014350, et al.*
Civil Case No. 18-cv-5322 (GBD)(GWG)
**Request for Extension of Time to File Additional Briefing**

Dear Judge Gorenstein,

We represent Plaintiff Off-White LLC ("Plaintiff" or "Off-White") in the above-referenced action.[1] Pursuant to the Order entered on October 1, 2020, Plaintiff must file additional briefing in further support of its Motion for Default Judgment by no later than October 23, 2020 ("Additional Briefing"). (Dkt. 47.) To fully address and respond to the Court's inquiries, Plaintiff has requested additional information from eBay to submit along with its Additional Briefing, and has been advised by eBay that the requested information will be provided by the end of this week, at the earliest. Accordingly, Plaintiff respectfully requests that the Court extend its time to file the Additional Briefing for a period of one week, until October 30, 2020, to allow Plaintiff sufficient time to receive and analyze the information provided by eBay. This is Plaintiff's first request for an extension of time to file the Additional Briefing.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**
BY: /s/ Danielle S. Yamali
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.