**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OFF WHITE LLC,

                      Plaintiff,                18 **CIVIL** 5322 (GBD) (GWG)

       -against-                **DEFAULT JUDGMENT**

6014350, et al.,

                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 27, 2021, Plaintiff's motion for default judgment, (ECF No. 38), is granted. Judgment is entered according to the below chart for a total of $25,650,000 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a), a permanent injunction is set according to the terms for the PIO (ECF No. 20), and the pre-judgment asset restraint should continue post-judgment and those assets should be transferred to Plaintiff; accordingly, the case is closed.

| Defaulting Defendant | Total Number of Counterfeit Products Sold as Identified in eBay's Discovery | Statutory Damages Awarded |
| --- | --- | --- |
| 7hk6447 | n/a | $100,000.00 |
| beautiful-mom | n/a | $100,000.00 |
| dear-pet | n/a | $100,000.00 |
| springup2018 | 0 | $100,000.00 |
| zhoumengke1995_6 | 3 | $100,000.00 |
| 2012digital2012 | 5 | $100,000.00 |
| mcc1983_168-9 | 5 | $100,000.00 |
| yanqi07085 | 5 | $100,000.00 |
| lvying1118 | 7 | $100,000.00 |
| umyt8665 | 7 | $100,000.00 |
| cdf6632 | 8 | $100,000.00 |
| happy-shop-official | 8 | $100,000.00 |
| aqxmg | 9 | $100,000.00 |
| haili_zhao20179 | 9 | $100,000.00 |
| anfli789 | 10 | $100,000.00 |
| bethwoo5 | 10 | $100,000.00 |
| bhj456gd-9 | 10 | $100,000.00 |
| 7083898 | 11 | $100,000.00 |
| jiao392826gaiba956 | 11 | $100,000.00 |
| dpq55666 | 12 | $100,000.00 |
| nana0568 | 14 | $100,000.00 |
| gongxinfacai669 | 15 | $100,000.00 |
| prestige.shop | 15 | $100,000.00 |

| | | |
|---|---|---|
| zbj168_196566 | 16 | $100,000.00 |
| chenzhe3216 | 20 | $100,000.00 |
| pengqionghi | 20 | $100,000.00 |
| xiaobo9602keji | 22 | $100,000.00 |
| ganxiuzhi625 | 23 | $100,000.00 |
| cs8665 | 24 | $100,000.00 |
| vdg4566 | 24 | $100,000.00 |
| my_sunshine | 26 | $100,000.00 |
| ogakjg1984 | 26 | $100,000.00 |
| boqjkgas1984 | 30 | $100,000.00 |
| 13nic123 | 34 | $100,000.00 |
| baoyuge | 35 | $100,000.00 |
| daxinzi-0 | 35 | $100,000.00 |
| apun8866 | 37 | $100,000.00 |
| gqzh2015-16 | 47 | $100,000.00 |
| zhang20175-6 | 50 | $100,000.00 |
| evergreen01204 | 52 | $100,000.00 |
| csc5886 | 54 | $100,000.00 |
| dannaxie7 | 54 | $100,000.00 |
| babysanshine | 56 | $100,000.00 |
| shushu2015 | 59 | $100,000.00 |
| jinwezha0 | 60 | $100,000.00 |
| rise-uk*no.15 | 62 | $100,000.00 |
| buduanjinbu527 | 63 | $100,000.00 |
| jinbumeiyitian59 | 64 | $100,000.00 |
| kaisu2017 | 64 | $100,000.00 |
| cashuangbi_0 | 65 | $100,000.00 |
| uk*rise_aaaaa | 70 | $100,000.00 |
| 6014350 | 72 | $100,000.00 |
| lucklykhag | 73 | $100,000.00 |
| liuhaiping9205 | 74 | $100,000.00 |
| xinxiangshicheng666999 | 74 | $100,000.00 |
| ggshop2017 | 79 | $100,000.00 |
| viraclub | 79 | $100,000.00 |
| yueqi10066 | 91 | $100,000.00 |
| xiao.222 | 95 | $100,000.00 |
| lhj6869 | 101 | $200,000.00 |
| moonlight_gril | 104 | $200,000.00 |
| shangmei_882 | 106 | $200,000.00 |
| chunzhufs | 108 | $200,000.00 |
| better-saller | 111 | $200,000.00 |
| kacha240 | 114 | $200,000.00 |
| gdljchp2013 | 117 | $200,000.00 |
| cuiyong05189 | 126 | $200,000.00 |
| ti-mor | 126 | $200,000.00 |
| herryto | 129 | $200,000.00 |
| s-apollon | 132 | $200,000.00 |
| xingxing-diandeng | 140 | $200,000.00 |
| ckjames_68 | 155 | $200,000.00 |

| | | |
|---|---|---|
| song20170226 | 157 | $200,000.00 |
| zuohang | 158 | $200,000.00 |
| leaves001 | 169 | $200,000.00 |
| yuanwei1wei4 | 170 | $200,000.00 |
| janeeyve168 | 189 | $200,000.00 |
| happy-lifei | 207 | $200,000.00 |
| magic.room2015 | 219 | $200,000.00 |
| luokestore | 220 | $200,000.00 |
| thesuperprice | 221 | $200,000.00 |
| shenzhenresourse | 237 | $200,000.00 |
| 2014goodays | 255 | $300,000.00 |
| trustfulseller201088 | 311 | $300,000.00 |
| beautyshop66 | 333 | $300,000.00 |
| kuailegou168 | 333 | $300,000.00 |
| liangshulei | 352 | $300,000.00 |
| wangxin814 | 363 | $300,000.00 |
| hakka_hi | 366 | $300,000.00 |
| btt662 | 382 | $300,000.00 |
| timmy580 | 421 | $300,000.00 |
| simonsboutique | 441 | $300,000.00 |
| ebotten | 461 | $300,000.00 |
| srg886 | 483 | $300,000.00 |
| menstideclothing88 | 492 | $300,000.00 |
| alan-7618 | 625 | $400,000.00 |
| yuepingliu | 661 | $400,000.00 |
| leavesshop | 690 | $400,000.00 |
| alicecorporation2015 | 727 | $400,000.00 |
| longdragon2013 | 986 | $400,000.00 |
| junjun198709 | 1,022 | $750,000.00 |
| whjl168 | 1,170 | $750,000.00 |
| xuehua20170-7 | 1,234 | $750,000.00 |
| subx88 | 1,624 | $1,000,000.00 |
| chun967 | 1,805 | $1,000,000.00 |
| 2016bing66 | 2,926 | $1,500,000.00 |
| superstar*2012* | 3,997 | $1,500,000.00 |
| dreamy_fashion | 8,422 | $2,000,000.00 |
| Total: | | $25,650,000.00 |

Dated: New York, New York
      October 28, 2021

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**