Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>6014350, 7083898, 13NIC123, 2012DIGITAL2012, 2014GOODAYS, 2016BING66, 7HK6447, ALAN-7618, ALICECORPORATION2015, ANFLI789, APUN8866, AQXMG, BABYSANSHINE, BAOYUGE, BEAUTIFUL-MOM, BEAUTYSHOP66, BETHWOO5, BETTERSALLER, BHJ456GD-9, BOQJKGAS1984, BTT662, BUDUANJINBU527, CASHUANGBI_0, CDF6632, CHENZHE3216, CHUN967, CHUNZHUFS, CKJAMES_68, CS8665, CSC5886, CUIYONG05189, DANNAXIE7, DAXINZI-0, DEAR-PET, DPQ55666, DREAMY_FASHION, EBOTTEN, EVERGREEN01204, GANXIUZHI625, GDLJCHP2013, GGSHOP2017, GONGXINFACAI669, GQZH2015-16, HAILI_ZHAO20179, HAKKA_HI, HAPPY-LIFEI, HAPPY-SHOPOFFICIAL, HERRYTO, JANEEYVE168, JIAO392826GAIBA956, JINBUMEIYITIAN59, JINWEZHAO, JUNJUN198709, KACHA240, KAISU2017, KUAILEGOU168, LEAVES001, LEAVESSHOP, LHJ6869, LIANGSHULEI, LIUHAIPING9205, LONGDRAGON2013, LUCKLYKHAG, LUOKESTORE, LVYING1118, MAGIC.ROOM2015, MCC1983_168-9, MENSTIDECLOTHING88, MOONLIGHT_GRIL, MY_SUNSHINE, NANA0568, OGAKJG1984, PENGQIONGHI, PRESTIGE.SHOP, RISE- | **CIVIL CASE NO.**<br>**18-cv-5322 (GDB)**<br>**(GWG)**<br><br>~~[PROPOSED]~~<br>**ORDER FOR**<br>**RETURN OF**<br>**SECURITY BOND** |

UK*NO.15, SAPOLLON, SHANGMEI_882, SHENZHENRESOURSE, SHUSHU2015, SIMONSBOUTIQUE, SONG20170226, SPRINGUP2018, SRG886, SUBX88, SUPERSTAR*2012*, THESUPERPRICE, TIMMY580, TI-MOR, TRUSTFULSELLER201088, UK*RISE_AAAAA, UMYT8665, VDG4566, VIRACLUB, WANGXIN814, WHJL168, XIAO.222, XIAOBO9602KEJI, XINGXINGDIANDENG, XINXIANGSHICHENG666999, XUEHUA20170-7, YANQI07085, YUANWEI1WEI4, YUEPINGLIU, YUEQI10066, ZBJ168_196566, ZHANG20175-6, ZHOUMENGKE1995_6 and ZUOHANG,

*Defendants*

The Court, having entered a final default judgment and permanent injunction and having directed the Clerk of Court to close this case, the Court hereby GRANTS Plaintiff's request for the return of the Five Thousand U.S. Dollar ($5,000.00) security bond in this action.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court releases the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel, LLP, 6 East 45th Street, 7th Floor, New York, NY.

**SO ORDERED.**

SIGNED this 31 day of March , 2026, at 2 : 30 p.m.

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE